UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph D. Thornblad,

       Petitioner,

v.                                            Civil No. 12-375 (JNE/SER)
                                            ORDER

Commissioner of Human Services, Lucinda Jesson,
and Attorney General Office,

       Respondents.

In a Report and Recommendation dated March 14, 2012, the Honorable Steven E. Rau, United States Magistrate Judge, recommended that Joseph Thornblad's application for a writ of habeas corpus, application for leave to proceed in forma pauperis, and request for new judges be denied. The magistrate judge also recommended that this action be summarily dismissed without prejudice and that a certificate of appealability be denied. After March 14, Thornblad submitted letters. The Court construes them as objections to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 6]. Therefore, IT IS ORDERED THAT:

1.      Thornblad's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1] is DENIED.

2.      Thornblad's application for leave to proceed in forma pauperis [Docket No. 2] is DENIED.

3.      Thornblad's request for "2 new judges" [Docket No. 3] is DENIED.

4.      This action is summarily DISMISSED WITHOUT PREJUDICE.

5.      The Court denies a certificate of appealability in this case.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 2, 2012

s/  Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge